# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | No:  EP:10-CR-02213(1)-KC |
| | § | |
| (1) Enrique Guajardo Lopez | § | |

## TRIAL PREPARATION ORDER FOR CRIMINAL CASES

The following materials shall be filed with the Court not later than three days prior to the scheduled status conference:

1.    Disclosure Agreement Checklist pursuant to Local Court Rule CR-16. (see attached)

2.    If requested by either party, a list of all expert witnesses identified, accompanied by a statement of the area of expertise and a curriculum vitae, if available.

3.    A list of proposed voir dire questions to be submitted to the jury panel.

4.    Requests for the jury charge and any requests for the form of verdict and/or jury interrogatories.

5.    Any pre-trial motions including any motions in limine that must be resolved prior to trial.

6.    A list of proposed witnesses.

7.    A list of proposed exhibits.

In addition, the parties shall provide the following information three days prior to the scheduled status conference:

1.    A realistic estimate of trial time required for the presentation of such party's case.

2.    A list of any further proceedings required prior to trial, setting forth the reasons and necessity therefor.

A pretrial conference will be held in this case on  **September 30, 2026 @ 08:30 AM**.  **NOTE: DEFENDANT MUST APPEAR IN PERSON.**

**SIGNED:**  February 25, 2026.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

USA        §
§
§
vs.        §   No: EP:10-CR-02213(1)-KC
§
(1) Enrique Guajardo Lopez      §

| PARTIES' DISCLOSURE AGREEMENT CHECKLIST | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Disclosed | | Will Disclose Upon Receipt | | Refuse to Disclose | | Not Applicable | | Comments |
| | Gov't | Def | Gov't | Def | Gov't | Def | Gov't | Def | |
| Police/Agent Reports | | | | | | | | | |
| Rule 12 (b)(4) material | | | | | | | | | |
| Intercepted Communications (18 U.S.C. ss 2510 consensual) | | | | | | | | | |
| Rule 16 material: Deft. Statements Deft. Record Documents Tangible Objects Examination/test reports Experts | | | | | | | | | |
| FRE 404(b) material | | | | | | | | | |
| Immigration File | | | | | | | | | |
| Eyewitness ID (lineup, showup, photo spread) | | | | | | | | | |
| Exculpatory material (Brady) | | | | | | | | | |
| Impeachment material (Giglio,Napue, FRE 608, 609) | | | | | | | | | |
| Witness List | | | | | | | | | |
| Witness Statements (Rule 26.2 18 U.S.C. ss 3500) | | | | | | | | | |
| Guideline calculation material (U.S.S.G. ss 6B1.2) | | | | | | | | | |
| Other matters | | | | | | | | | |

_____  _____   _____  _____
DEFENDANT'S ATTORNEY     DATE      ASSISTANT U.S. ATTORNEY     DATE

CR 16 - 3