**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Cause No. 3:10-CR-02213-KC** |
| | § | |
| | § | |
| | § | |
| **(1) ENRIQUE GUAJARDO LOPEZ** | § | |

**DEFENDANT'S NOTICE OF INTENT TO ENTER GUILTY PLEA**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, JOSEPH R. VEITH, attorney at law, and files this Defendant's Notice of Intent to Enter Guilty Plea.

The Defendant respectfully requests the Court to schedule her for a plea of guilty in approximately forty-five (45) days.

Respectfully submitted,

*/s/ Joseph Veith*

Joseph R. Veith
Attorney for Defendant
2511 N. Stanton St.
El Paso, Texas  79902
Tel (915) 234-2369
Fax (915) 207-1206
Email:  jveith@joeveith.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 11th day of June 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Joseph Veith*
Joseph R. Veith